No. 03–9397.  LASTRAPES v. UNITED STATES; UNDERWOOD v. UNITED STATES; SANDERS v. UNITED STATES; JACKSON v. UNITED STATES; and CANTU v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–9399.  TAPIA-TORRES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–9401.  SCHOFIELD v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 03–9409.  CHAO KANG LIN, AKA KANT CHAO LIN v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–9411.  LERMA-LERMA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–9414.  EULLOQUI v. PLILER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–9421.  MEDLEY v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 03–9426.  BROWN v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 03–9429.  PELTIER v. BOOKER, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 03–9430.  BRUMMETT v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–9431.  SMOOTE v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–9433.  COLEMAN v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–9448.  WELLINGTON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 03–9449.  LEWIS v. ROMINE, WARDEN.  C. A. 3d Cir.  Certiorari denied.